AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

iCentric Corporation, a Nevada Corporation )
      Plaintiff              )
v.                  )  Civil Action No.
DrugTalk.com, an Internet domain name )
      Defendant          )

**C08 02390 JSW**



Summons in a Civil Action

To:  DrugTalk.com
        *(Defendant's name)*

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Karl S. Kronenberger
KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                             Richard W. Wieking
    MAY 0  2008                             Name of clerk of court
                                                             **Tiffany Salinas-Harwell**
Date: _____                  _____
                                                             Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*