1  **KRONENBERGER BURGOYNE, LLP**
2  Karl S. Kronenberger (Cal. Bar No. 226112)
   Deepa Krishnan (Cal. Bar No. 228664)
3  150 Post Street, Suite 520
   San Francisco, CA 94108
4  Telephone: (415) 955-1155
   Facsimile: (415) 955-1158
5  karl@kronenbergerlaw.com
6  deepa@kronenbergerlaw.com

7  Attorneys for Plaintiff
   iCentric Corporation
8

9
                      **UNITED STATES DISTRICT COURT**
10                    **NORTHERN DISTRICT OF CALIFORNIA**

11

12

13  **ICENTRIC CORPORATION,** a Nevada Corporation,      Case No. C-08-02390 JSW

14         Plaintiff,
                                                         **NOTICE OF DEPOSIT OF**
15     vs.                                               **REGISTRAR CERTIFICATE**

16  **DRUGTALK.COM**, an Internet domain name,

17
           Defendant.
18

1  Plaintiff in the above-captioned action hereby notices the deposit of the attached
2  "REGISTRAR CERTIFICATE," dated May 15, 2008, submitted by GoDaddy.com, Inc.
3  regarding the present case.

DATED: May 16, 2007

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger
Deepa Krishnan


By: _____/s/_____
Karl S. Kronenberger

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICENTRIC CORPORATION., a Nevada corporation<br><br>Plaintiff<br><br>v.<br><br>DRUGTALK.COM, an Internet domain name<br>Defendant. | Case No. 08-02390<br><br>REGISTRAR'S CERTIFICATE |

I, Lisa Villeneuve, a representative of GoDaddy.com, Inc., registrar of Internet domain names under the top level domains .com, .org. and .net, among others, hereby declare:

1. I have personal knowledge of the facts stated herein, and would testify to such facts if so called to testify.

2. GoDaddy.com, Inc. is the registrar of the domain name at issue in this case, DRUGTALK.COM (the "Domain Name").

3. On May 9, 2008 GoDaddy.com, Inc. received written notification of a filed, stamped copy of the Complaint in the instant case.

4. The Complaint alleges that the Domain Name infringes on the registered trademarks of the plaintiff.

5. Per the Complaint filed with this Court, GoDaddy.com, Inc. placed the Domain Names on registrar lock, thus preventing the Domain Name from being transferred, modified or otherwise managed or manipulated.

6. Furthermore, GoDaddy.com, Inc. will not modify the status of the Domain Name unless and until instructed to do so by Order of the court in the instant case.

1  7. Therefore, the Domain Name should be construed to be under the dominion
2  and control of the court until such time as GoDaddy.com receives further instruction with
3  regard to the Domain Names.
4  8. I declare that the foregoing is true and correct.
5  **DATED** this 15th Day of May, 2008.

GoDaddy.com, Inc.

By: *(signature)*
Lisa Villeneuve
Domain Services Manager
GoDaddy.com, Inc.