**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Cal. Bar No. 226112)
Deepa Krishnan (Cal. Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

**Attorneys for Plaintiff**
iCentric Corporation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ICENTRIC CORPORATION,** a Nevada Corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>**DRUGTALK.COM**, an Internet domain name,<br><br>              Defendant. | Case No. C-08-02390-JSW<br><br>**NOTICE OF SETTLEMENT; STIPULATED DISMISSAL OF COMPLAINT AND TRANSFER OF DOMAINS; [PROPOSED] ORDER** |

1  WHEREAS, on May 8, 2008, iCentric Corporation, a Nevada Corporation, ("iCentric") filed a Complaint (the "Complaint") against DRUGTALK.COM, an Internet domain name, (the "Disputed Domain");

4  WHEREAS, Yury Risin dba drugtlk ("Risin") is the registrant of record of the Disputed Domain;

6  WHEREAS, the Registrar of the Disputed Domain, GoDaddy.com, Inc., has placed the Disputed Domain on Registrar Lock and indicated how a "registrar certificate" under 15 USC § 1125(d)(2)(D)(i), placing the Disputed Domain under the domain and control of the Court, is forthcoming;

10  WHEREAS, Risin and iCentric have reached a settlement which includes a transfer of the Disputed Domain, and a dismissal of the Complaint without prejudice;

12  WHEREAS, Risin and iCentric request that the Court give final decision to the Registrar, GoDaddy.com, Inc., as to the dominion and control of the Disputed Domain which now resides with the Court;

///

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

Case 3:08-cv-02390-JSW    Document 7    Filed 05/19/2008    Page 3 of 4

**IT IS HEREBY STIPULATED AND AGREED** by and between iCentric and Risin that:

(1) The Disputed Domain shall be transferred to iCentric; and,

(2) The Complaint shall be dismissed without prejudice.

DATED: May 17, 2008

By: *E. Risin*
Yury Risin dba drugtlk, Registrant of Record of the Disputed Domain
newruss@gmail.com

DATED: May 19, 2008

**KRONENBERGER BURGOYNE, LLP**

By: *[signature]*
Karl S. Kronenberger
Deepa Krishnan
Attorneys for Plaintiff, iCentric Corporation

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

3

NOTICE OF SETTLEMENT; STIPULATED DISMISSAL OF COMPLAINT AND TRANSFER OF DOMAINS

## **[PROPOSED] ORDER**

Based on the foregoing stipulation, and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

(1) Godaddy.com, Inc. shall unlock the following Domains and transfer them to iCentric;

    DRUGTALK.COM; and,

(2) This Action shall be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2008          _____
                                         Hon. Jeffrey S. White
                                         United States District Judge