**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Cal. Bar No. 226112)
Deepa Krishnan (Cal. Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158

**Attorneys for Plaintiff**
iCentric Corporation

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ICENTRIC CORPORATION,** a Nevada Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> **DRUGTALK.COM**, an Internet domain name, <br><br> Defendant. | Case No. C-08-02390-JSW <br><br><br> **NOTICE OF SETTLEMENT; STIPULATED DISMISSAL OF COMPLAINT AND TRANSFER OF DOMAINS; [PROPOSED] ORDER** |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

1    WHEREAS, on May 8, 2008, iCentric Corporation, a Nevada Corporation,

2  ("iCentric") filed a Complaint (the "Complaint") against DRUGTALK.COM, an Internet

3  domain name, (the "Disputed Domain");

4    WHEREAS, Yury Risin dba drugtlk ("Risin") is the registrant of record of the

5  Disputed Domain;

6    WHEREAS, the Registrar of the Disputed Domain, GoDaddy.com, Inc., has

7  placed the Disputed Domain on Registrar Lock and indicated how a "registrar certificate"

8  under 15 USC § 1125(d)(2)(D)(i), placing the Disputed Domain under the domain and

9  control of the Court, is forthcoming;

10    WHEREAS, Risin and iCentric have reached a settlement which includes a

11  transfer of the Disputed Domain, and a dismissal of the Complaint without prejudice;

12    WHEREAS, Risin and iCentric request that the Court give final decision to the

13  Registrar, GoDaddy.com, Inc., as to the dominion and control of the Disputed Domain

14  which now resides with the Court;

15

16

17  ///

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

2    **NOTICE OF SETTLEMENT; STIPULATED DISMISSAL OF COMPLAINT AND TRANSFER OF DOMAINS**

1    **IT IS HEREBY STIPULATED AND AGREED** by and between iCentric and

2  Risin that:

3    (1) The Disputed Domain shall be transferred to iCentric; and,

4    (2) The Complaint shall be dismissed without prejudice.

5

6  DATED: May 17, 2008

7

8                              By: _____

9                                  Yury Risin dba drugtlk, Registrant
                                    of Record of the Disputed Domain
10                                 newruss@gmail.com

11

12  DATED: May 19, 2008

13                              **KRONENBERGER BURGOYNE, LLP**

14

15                              By: _____

16                                  Karl S. Kronenberger
                                    Deepa Krishnan
17                                 Attorneys for Plaintiff, iCentric
                                    Corporation

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

NOTICE OF SETTLEMENT; STIPULATED
DISMISSAL OF COMPLAINT AND TRANSFER OF
DOMAINS

1

**[PROPOSED] ORDER**

2      Based on the foregoing stipulation, and good cause appearing therefore, **IT IS**

3  **HEREBY ORDERED** that:

4

5      (1) Godaddy.com, Inc. shall unlock the following Domains and transfer them to

6          iCentric;

7

8          DRUGTALK.COM; and,

9

10     (2) This Action shall be dismissed without prejudice.

11

12

13  **IT IS SO ORDERED.**

14

15  Dated: _____May 19_____, 2008

16                                              _____
                                                Hon. Jeffrey S. White
17                                              United States District Judge

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

4