United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LYMAN,

    Petitioner,　　　　　　　　　　　　　No. C 08-02478 JSW

  v.

LARRY SCRIBNER, Warden,　　　　　　　**ORDER TO SHOW CAUSE**

    Respondent.
                               /

    Petitioner, Robert Lyman, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**BACKGROUND**

    Petitioner plead to, and was convicted of, assault likely to produce great bodily injury (Penal Code § 245(a)(1)) and a great bodily injury enhancement (Penal Code § 12022.7(e)). Petitioner was sentenced to five in state prison, and currently is incarcerated at Calipatria State Prison.

**LEGAL CLAIMS**

    Petitioner seeks habeas relief alleging that he was deprived of his Sixth Amendment right to the effective assistance of counsel, because his counsel failed to advise him before the plea hearing that the victim had lied during the preliminary examination. Liberally construed, this claim appears potentially colorable under 28 U.S.C. § 2254 and merit an answer from Respondent.

**CONCLUSION**

For the foregoing reasons and for good cause shown:

1. Petitioner shall serve by certified mail a copy of this Order and the petition and all attachments thereto upon Respondent.

2. Respondent shall file with the Court and serve on Petitioner, within 60 days of the date of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the administrative record that are relevant to a determination of the issues presented by the petition.

3. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondents within 30 days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: May 19, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE